IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOMEE TOYS (SHUYANG) CO., LTD<br><br>        Plaintiff,<br>  v.<br><br>SHENZHEN MEISHANG BAOKANG E-COMMERCE CO., LTD, d/b/a Jalunth and DOES 1-50, inclusive,<br><br>        Defendants. | Civil Action No.: 1:21-cv-03939 |

**NOTICE OF PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) TEMPORARY ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER AND (4) SERVICE OF PROCESS BY EMAIL AND ELECTRONIC PUBLICATION ORDER**

Plaintiff Yomee Toys (Shuyang) Co. Ltd ("Plaintiff") seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Temporary Asset Restraining Order, (3) Expedited Discovery Order and (4) Service of Process by Email and Electronic Publication Order Pursuant to Fed. R. Civ. P. 4(f)(3) in an action arising out of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq,* , and 17 U.S.C. § 101, *et seq.* of the Copyright Act. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: August 6, 2021

                                                        /s/ Edward Chen
                                                      Edward Chen (CA Bar No. 312553)
                                                      YK Law LLP
                                                      125 South Wacker Dr. Suite 300
                                                      Chicago, Illinois 60606
                                                      (213) 401-0970
                                                      echen@yklaw.us

                                                      *Attorneys For Plaintiff*
                                                      *Yomee Toys (Shuyang) Co., Ltd*

2

**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on August 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        By:   */s/ Edward Chen*
                    Edward Chen