# EXHIBIT B



# Details for Order #112-0482855-5620242

Print this page for your records.

**Order Placed:** May 29, 2021
**Amazon.com order number:** 112-0482855-5620242
**Order Total: $187.20**

| **Not Yet Shipped** |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Ball Catch Set Game Toss Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Target Throw Catch Sticky Mitt Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Easter Gifts Pink Blue 2 Pack*<br>Sold by: Jalunth (seller profile)<br><br>Condition: New | $27.99 |
| 1 of: *Ball Catch Set Game Toss Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Target Throw Catch Sticky Mitts Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Easter Gifts*<br>Sold by: Jalunth (seller profile)<br><br>Condition: New | $15.99 |
| 1 of: *Aywewii 3 Set Catch Games Toy for Kids,Paddle Toss and Catch Ball Set Backyard Games with 6 Paddles 3 Balls,Perfect Outdoor Games Toys Gift for Kids/Adults Beach Games(Upgraded)*<br>Sold by: HLR-US (seller profile)<br><br>Condition: New | $26.86 |
| 1 of: *Toss and Catch Ball Set, Catch Game Toys for Kids, Beach Toys Paddle Ball Game Set with 6 Paddles and 3 Balls, Perfect Outdoor Games Sets Playground Sets for Backyards for Kids/Adults/Family*<br>Sold by: Alterr (seller profile)<br><br>Condition: New | $29.99 |
| 1 of: *Jalunth Ball Catch Set Game Toss Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Throw Catch Sticky Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Easter Gifts 2 Pack*<br>Sold by: Jalunth (seller profile)<br><br>Condition: New | $25.99 |
| 1 of: *Jalunth Ball Catch Set Games Toss Paddle - Beach Toys Back Yard Outdoor Lawn Backyard Throw Sticky Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Outside Easter Gifts Green*<br>Sold by: Jalunth (seller profile)<br><br>Condition: New | $14.99 |
| 1 of: *Jalunth Ball Catch Set Game Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Throw Catch Sticky Toss Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Outside Easter Gifts*<br>Sold by: Jalunth (seller profile)<br><br>Condition: New | $27.99 |

**Shipping Address:**
Edward Chen
125 S WACKER DR STE 300
CHICAGO, IL 60606-4421
United States

**Shipping Speed:**

FREE Prime Delivery

## Payment information

**Payment Method:**
Visa | Last digits: 0856

| | |
|---|---|
| Item(s) Subtotal: | $169.80 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $169.80 |
| Estimated tax to be collected: | $17.40 |
| | ----- |

**Billing address**
YK Law LLP
801 S FIGUEROA ST STE 2125
Suite 2125
Los Angeles, CA 90017-5504
United States

**Grand Total: $187.20**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc. or its affiliates