# EXHIBIT C

## Order Details

Ordered on May 29, 2021 | Order# 112-0482855-5620242

[View or Print Invoice]

**Shipping Address**
Edward Chen
125 S WACKER DR STE 300
CHICAGO, IL 60606-4421
United States

**Payment Method**
VISA **** 0856

**Order Summary**
| | |
|---|---|
| Item(s) Subtotal: | $169.80 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $169.80 |
| Estimated tax to be collected: | $17.40 |
| **Grand Total:** | **$187.20** |

▼ Transactions

## 2 Shipments

### Delivered Jun 1, 2021
Your package was left in the mail room.



Ball Catch Set Game Toss Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Target Throw Catch Sticky Mitt Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Easter Gifts Pink Blue 2 Pack
Sold by: Jalunth
Return window closed on Jul 1, 2021
$27.99
Condition: New
[Buy it again]

[Leave seller feedback]
[Write a product review]
[Archive order]

Jalunth Ball Catch Set Game Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Throw Catch Sticky Toss Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Outside Easter Gifts
Sold by: Jalunth
Return window closed on Jul 1, 2021
$27.99
Condition: New
[Buy it again]

### Delivered Jun 1, 2021
Your package was left in the mail room.



Ball Catch Set Game Toss Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Target Throw Catch Sticky Mitts Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Easter Gifts
Sold by: Jalunth
Return window closed on Jul 1, 2021
$15.99
Condition: New
[Buy it again]

[Leave seller feedback]
[Write a product review]
[Archive order]



Aywewii 3 Set Catch Games Toy for Kids,Paddle Toss and Catch Ball Set Backyard Games with 6 Paddles 3 Balls,Perfect Outdoor Games Toys Gift for Kids/Adults Beach Games(Upgraded)
Sold by: HLR-US
Return window closed on Jul 1, 2021
$26.86
Condition: New
[Buy it again]



Toss and Catch Ball Set, Catch Game Toys for Kids, Beach Toys Paddle Ball Game Set with 6 Paddles and 3 Balls, Perfect Outdoor Games Sets Playground Sets for Backyards for Kids/Adults/Family
Sold by: Alterr
Return window closed on Jul 1, 2021
$29.99
Condition: New
[Buy it again]



Jalunth Ball Catch Set Game Toss Paddle - Beach Toys Back Yard Outdoor Games Lawn Backyard Throw Catch Sticky Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Easter Gifts 2 Pack
Sold by: Jalunth
Return window closed on Jul 1, 2021
$25.99
Condition: New
[Buy it again]



Jalunth Ball Catch Set Games Toss Paddle - Beach Toys Back Yard Outdoor Lawn Backyard Throw Sticky Set Age 3 4 5 6 7 8 9 10 11 12 Years Old Boys Girls Kids Adults Family Outside Easter Gifts Green
Sold by: Jalunth
Return window closed on Jul 1, 2021
$14.99
Condition: New
[Buy it again]