# EXHIBIT E



# MEMORANDUM

To: EC (YK Law LLP-USA)

From: HL (Yingke-Shanghai)

Date: August 6, 2021

Re: *Yomee Toys (Shuyang) Co. Ltd. v. Shenzen Meishang Baokang E-Commerce Co. Ltd. et. al.* (ILND 1:21-cv-03939) – Address Investigation Results

---

Yingke Law Firm – Shanghai (the "Firm") has conducted a preliminary investigation regarding the physical address locations for the named Defendants in the aforementioned case.

The following addresses were searched and each of them turned up as either incomplete addresses or no such addresses actually exist.

**Business Name:** Shenzen Meishang Baokang E-Commerce Co. Ltd. d/b/a/ Jalunth

**Business Address:** Nanshanqu Nantoujiedao Bianjianxiaoqu 1 Dong 30, Shenzhen, Guangdong, 518000, CN

Address is incomplete/inaccurate. We can narrow the address down to 广东省深圳市南山区南头街道 (Nantou Street, Nanshan District, Shenzhen City, Guandong Province, China). This is a pretty large area and over 220,000 people living in Nantou Street (see: https://zh.wikipedia.org/wiki/南头街道). "Bianjianxiaoqu" as referred to in the address is not identifiable. We are unable to locate any community or complex with such name or similar name. The street under "1 Dong 30" seems to be incorrect as well.

In a summary, the address provided is incorrect and/or not occupied by the persons affiliated with, or in control or ownership of the Amazon Storefront account Jalunth.